UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KIMBERLY LORAINE WEIR,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-5157-JPD

ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED and REMANDED for further administrative proceedings, a new hearing and a new decision before an Administrative Law Judge (ALJ). On remand, the ALJ shall reweigh the medical

//

//

ORDER
PAGE - 1

opinions in the record; reassess plaintiff's residual functional capacity; and obtain vocational expert evidence at steps four and five of the sequential evaluation process.

DATED this 28th day of September, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge